# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Danielle Rose Umbehauer | : | No. 20-12179 pmm |
| --- | --- | --- | --- |
| | | : | Chapter 13 |
| | | : | |

## CERTIFICATE OF SERVICE

I, Everett Cook, Esq., attorney for the above-named debtors do hereby certify that I have caused to be served on this date, by First Class Mail or ECF filing, a true and correct copy of the Debtor's Original Plan upon the creditors and parties in interest listed on the Label Matrix for local noticing attached hereto.

Dated: 7-27-20

Signed: /s/ Everett Cook
By: Everett Cook, Esq.
Bar I.D. #202039

The Law Offices of Everett Cook, P.C.
2309 MacArthur Road
Whitehall, PA, 18052

Phone: (610) 351.3566
Fax: (610) 351.3556
bankruptcy@everettcooklaw.com

```
Label Matrix for local noticing          Bureau of Audit and Enforcement          City Treasurer
0313-4                                   City of Allentown                        Eighth and Washington Streets
Case 20-12179-pmm                        435 Hamilton Street                      Reading, PA 19601
Eastern District of Pennsylvania         Allentown, PA 18101-1603
Reading
Mon Jul 27 13:02:58 EDT 2020

Dun & Bradstreet, INC                    Lehigh County Tax Claim Bureau           Pennsylvania Department of Revenue
3501 Corporate Pkwy                      17 South Seventh Street                  Bankruptcy Division
P.O. Box 520                             Allentown, PA 18101-2401                 P.O. Box 280946
Centre Valley, PA 18034-0520                                                      Harrisburg, PA 17128-0946

Tax Claim Bureau                         U.S. Attorney Office                     United States Trustee
633 Court Street                         c/o Virginia Powel, Esq.                 Office of the U.S. Trustee
Second Floor                             Room 1250                                200 Chestnut Street
Reading, PA 19601-4300                   615 Chestnut Street                      Suite 502
                                         Philadelphia, PA 19106-4404              Philadelphia, PA 19106-2908

Reading                                  Capital One                              Capital One Bank USA N
United States Bankruptcy Court           Attn: Bankruptcy                         PO Box 30281
Office of the Clerk, Gateway Building    PO Box 30285                             Salt Lake City, UT 84130-0281
201 Penn Street, 1st Floor               Salt Lake City, UT 84130-0285
Reading, PA 19601-4038

(p)CITIZENS BANK N A                     Credit One Bank                          Credit One Bank NA
ATTN BANKRUPTCY TEAM                     Attn: Bankruptcy Department              PO Box 98872
ONE CITIZENS BANK WAY                    PO Box 98873                             Las Vegas, NV 89193-8872
JCA115                                   Las Vegas, NV 89193-8873
JOHNSTON RI 02919-1922

Dept of Ed/Navient                       Fin Recovery                             (p)LENDMARK FINANCIAL SERVICES
PO Box 9635                              200 E Park Dr                            2118 USHER ST
Wilkes Barre, PA 18773-9635              Mount Laurel, NJ 08054-1297              COVINGTON GA 30014-2434

Lendmark Financial Services              Naviet                                   Nordstrom FSB
1735 N Brown Rd Ste 300                  Attn: Claims Dept                        ATTN: Bankruptcy
Lawrenceville, GA 30043-8228             PO Box 9500                              PO Box 6555
                                         Wilkes Barre, PA 18773-9500              Englewood, CO 80155-6555

Nordstrom/Td Bank USA                    Onemain                                  Onemain Financial
13531 E Caley Ave                        PO Box 1010                              Attn: Bankruptcy
Englewood, CO 80111-6504                 Evansville, IN 47706-1010                PO Box 3251
                                                                                  Evansville, IN 47731-3251

PYOD, LLC                                Portfolio Recov Assoc                    (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Resurgent Capital Services               120 Corporate Blvd Ste 100               PO BOX 41067
PO Box 19008                             Norfolk, VA 23502-4952                   NORFOLK VA 23541-1067
Greenville, SC 29602-9008

RoundPoint Mortgage Servicing Corporation  RoundPoint Mortgage Servicing Corporation  Roundpoint Mortgage Servicing Corporatio
C/O KML Law Group                          C/O REBECCA ANN SOLARZ                     Attn: Bankruptcy
701 Market Street Suite 5000               KML Law Group, P.C.                        PO Box 19409
Philadelphia, PA. 19106-1541               701 Market Street, Ste. 5000               Charlotte, NC 28219-9409
                                           Philadelphia, PA 19106-1541
```

| | | |
|---|---|---|
| Roundpoint Mtg<br>446 Wrenplace Rd<br>Fort Mill, SC 29715-0200 | Target<br>c/o Financial & Retail Srvs Mailstop BT<br>PO Box 9475<br>Minneapolis, MN 55440-9475 | Td Bank USA/Targetcred<br>PO Box 673<br>Minneapolis, MN 55440-0673 |
| Danielle Rose Umbehauer<br>3193 Brynwood Dr<br>Whitehall, PA 18052-4130 | JOHN EVERETT COOK<br>The Law Offices of Everett Cook, P.C.<br>2309 MacArthur Road<br>Whitehall, PA 18052-4523 | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606-2265 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Citizens Bank<br>1 Citizens Dr<br>Riverside, RI 02915-3026 | Lendmark Financial Ser<br>2118 Usher St NW<br>Covington, GA 30014-2434 | (d)Lendmark Financial Services, LLC<br>2118 Usher Street<br>Covington, GA 30014 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)RoundPoint Mortgage Servicing Corporation | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     1<br>Total                   36 |