Certificate Number: 15317-PAE-DE-034806605

Bankruptcy Case Number: 20-12179



15317-PAE-DE-034806605

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 24, 2020</u>, at <u>11:29</u> o'clock <u>AM PDT</u>, <u>Danielle R Umbehauer</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>August 24, 2020</u>　　　By: <u>/s/Connie Jawang</u>

　　　　　　　　　　　　　　　Name: <u>Connie Jawang</u>

　　　　　　　　　　　　　　　Title: <u>Credit Counselor</u>