# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Danielle Rose Umbehauer aka Danielle Farole aka Danielle R. Farole aka Danielle Umbehauer aka Danielle R. Umbehauer aka Danielle Rose Farole<br>            Debtor | CHAPTER 13 |
| RoundPoint Mortgage Servicing Corporation<br>            Movant<br>vs. | NO. 20-12179 PMM |
| Danielle Rose Umbehauer aka Danielle Farole aka Danielle R. Farole aka Danielle Umbehauer aka Danielle R. Umbehauer aka Danielle Rose Farole<br>            Debtor | 11 U.S.C. Section 362 |
| Scott F. Waterman, Esquire<br>            Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

  Kindly withdraw the Objection to Confirmation of RoundPoint Mortgage Servicing Corporation, which was filed with the Court on or about September 16, 2020 (Document No. 31).

                                                            Respectfully submitted,

                                                            **/s/ Rebecca A. Solarz, Esquire**
                                                            Rebecca A. Solarz, Esquire
                                                            KML Law Group, P.C.
                                                            BNY Mellon Independence Center
                                                            701 Market Street, Suite 5000
                                                            Philadelphia, PA  19106
                                                            215-627-1322

October 9, 2020