UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>　　　Danielle Rose Umbehauer<br><br><br>　　　　　　　　　　　Debtor | Chapter 13<br>Bankruptcy No.20-12179-PMM |

CERTIFICATE OF SERVICE

　　　I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 16th day of October, 2020, by first class mail upon those listed below:

Danielle Rose Umbehauer
3193 Brynwood Dr
Whitehall, PA  18052-4130

**Electronically via CM/ECF System Only:**

JOHN EVERETT COOK ESQ
2309 MACARTHUR ROAD
WHITEHALL, PA  18052

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Deborah A. Earnshaw
　　　　　　　　　　　　　　　　　　　　　　　　Deborah A. Earnshaw
　　　　　　　　　　　　　　　　　　　　　　　　for
　　　　　　　　　　　　　　　　　　　　　　　　Scott F. Waterman, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee