# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Danielle Rose Umbehauer | : | No. 20-12179 pmm |
| --- | --- | --- | --- |
| | | : | Chapter 13 |
| | | : | |

## CERTIFICATE OF SERVICE

I, Everett Cook, Esq., attorney for the above-named debtors do hereby certify that I have caused to be served on this date, by First Class Mail or ECF filing, a true and correct copy of the Debtor's Second Amended Plan upon the creditors and parties in interest listed on the Label Matrix for local noticing attached hereto.

Dated: 12/2/2020

Signed: /s/ Everett Cook
By: Everett Cook, Esq.
Bar I.D. #202039

The Law Offices of Everett Cook, P.C.
2309 MacArthur Road
Whitehall, PA, 18052

Phone: (610) 351.3566
Fax: (610) 351.3556
bankruptcy@everettcooklaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-4<br>Case 20-12179-pmm<br>Eastern District of Pennsylvania<br>Reading<br>Thu May 28 12:50:42 EDT 2020 | Bureau of Audit and Enforcement<br>City of Allentown<br>435 Hamilton Street<br>Allentown, PA 18101-1603 | City Treasurer<br>Eighth and Washington Streets<br>Reading, PA 19601 |
| Dun & Bradstreet, INC<br>3501 Corporate Pkwy<br>P.O. Box 520<br>Centre Valley, PA 18034-0520 | Lehigh County Tax Claim Bureau<br>17 South Seventh Street<br>Allentown, PA 18101-2401 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Tax Claim Bureau<br>633 Court Street<br>Second Floor<br>Reading, PA 19601-4300 | U.S. Attorney Office<br>c/o Virginia Powel, Esq.<br>Room 1250<br>615 Chestnut Street<br>Philadelphia, PA 19106-4404 | Reading<br>United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601-4038 |
| Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank USA N<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 |
| Credit One Bank<br>Attn: Bankruptcy Department<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | Credit One Bank NA<br>PO Box 98872<br>Las Vegas, NV 89193-8872 | Dept of Ed/Navient<br>PO Box 9635<br>Wilkes Barre, PA 18773-9635 |
| Fin Recovery<br>200 E Park Dr<br>Mount Laurel, NJ 08054-1297 | (p)LENDMARK FINANCIAL SERVICES<br>2118 USHER ST<br>COVINGTON GA 30014-2434 | Lendmark Financial Services<br>1735 N Brown Rd Ste 300<br>Lawrenceville, GA 30043-8228 |
| Naviet<br>Attn: Claims Dept<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500 | Nordstrom FSB<br>ATTN: Bankruptcy<br>PO Box 6555<br>Englewood, CO 80155-6555 | Nordstrom/Td Bank USA<br>13531 E Caley Ave<br>Englewood, CO 80111-6504 |
| Onemain<br>PO Box 1010<br>Evansville, IN 47706-1010 | Onemain Financial<br>Attn: Bankruptcy<br>PO Box 3251<br>Evansville, IN 47731-3251 | Portfolio Recov Assoc<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502-4952 |
| Roundpoint Mortgage Servicing Corporatio<br>Attn: Bankruptcy<br>PO Box 19409<br>Charlotte, NC 28219-9409 | Roundpoint Mtg<br>446 Wrenplace Rd<br>Fort Mill, SC 29715-0200 | Target<br>c/o Financial & Retail Srvs Mailstop BT<br>PO Box 9475<br>Minneapolis, MN 55440-9475 |
| Td Bank USA/Targetcred<br>PO Box 673<br>Minneapolis, MN 55440-0673 | United States Trustee<br>Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106-2908 | Danielle Rose Umbehauer<br>3193 Brynwood Dr<br>Whitehall, PA 18052-4130 |

JOHN EVERETT COOK
The Law Offices of Everett Cook, P.C.
2309 MacArthur Road
Whitehall, PA 18052-4523

LYNN E. FELDMAN
Feldman Law Offices PC
221 N. Cedar Crest Blvd.
Allentown, PA 18104-4603

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Citizens Bank
1 Citizens Dr
Riverside, RI  02915-3026

Lendmark Financial Ser
2118 Usher St NW
Covington, GA  30014-2434

End of Label Matrix
Mailable recipients    31
Bypassed recipients     0
Total                  31