| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-12179-PMM**

Danielle Rose Umbehauer  
3193 Brynwood Dr  
Whitehall  PA    18052-4130

Petition Filed Date: 04/30/2020  
341 Hearing Date: 08/25/2020  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/03/2020 | $150.00 | | 10/05/2020 | $150.00 | | 11/03/2020 | $150.00 | |
| 12/04/2020 | $150.00 | | 01/05/2021 | $150.00 | | 02/03/2021 | $150.00 | |
| 03/04/2021 | $200.00 | | 04/05/2021 | $200.00 | | 05/03/2021 | $200.00 | |
| 06/02/2021 | $200.00 | | | | | | | |

**Total Receipts for the Period:  $1,700.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PYOD LLC<br>»» 001 | Unsecured Creditors | $392.92 | $0.00 | $0.00 |
| 2 | LENDMARK FINANCIAL SERVICES LLC<br>»» 002 | Unsecured Creditors | $9,351.10 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $1,377.49 | $0.00 | $0.00 |
| 4 | NATIONAL COLLEGIATE STUDENT LOAN TRUST<br>»» 004 | Unsecured Creditors | $14,359.98 | $0.00 | $0.00 |
| 5 | NATIONAL COLLEGIATE STUDENT LOAN TRUST<br>»» 005 | Unsecured Creditors | $12,907.35 | $0.00 | $0.00 |
| 6 | NATIONAL COLLEGIATE STUDENT LOAN TRUST<br>»» 006 | Unsecured Creditors | $46,198.81 | $0.00 | $0.00 |
| 7 | FREEDOM MORTGAGE CORPORATION<br>»» 008 | Mortgage Arrears | $3,641.92 | $0.00 | $0.00 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 009 | Unsecured Creditors | $2,185.81 | $0.00 | $0.00 |
| 9 | NATIONAL COLLEGIATE STUDENT LOAN TRUST<br>»» 007 | Unsecured Creditors | $24,433.92 | $0.00 | $0.00 |
| 0 | JOHN EVERETT COOK ESQ | Attorney Fees | $1,500.00 | $0.00 | $1,500.00 |

Chapter 13 Case No. 20-12179-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,700.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($350.00) |
| Paid to Trustee: | $135.50 | Total Plan Base: | $9,000.00 |
| Funds on Hand: | $1,564.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.