United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 20-12179-pmm

Danielle Rose Umbehauer  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3

Date Rcvd: Jul 15, 2021      Form ID: pdf900      Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Danielle Rose Umbehauer, 3193 Brynwood Dr, Whitehall, PA 18052-4130 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14499212 | | Fin Recovery, 200 E Park Dr, Mount Laurel, NJ 08054-1297 |
| 14601991 | + | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14602087 | + | Freedom Mortgage Corporation, C/O ANDREW L. SPIVACK, Brock & Scott, PLLC, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14601990 | + | Freedom Mortgage Corporation, c/o Andrew Spivack, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14571039 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14499214 | | Lendmark Financial Services, 1735 N Brown Rd Ste 300, Lawrenceville, GA 30043-8228 |
| 14529679 | + | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14522911 | + | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 14516350 | + | RoundPoint Mortgage Servicing Corporation, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14515526 | + | RoundPoint Mortgage Servicing Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14499221 | | Roundpoint Mortgage Servicing Corporatio, Attn: Bankruptcy, PO Box 19409, Charlotte, NC 28219-9409 |
| 14499222 | + | Roundpoint Mtg, 446 Wrenplace Rd, Fort Mill, SC 29715-0200 |
| 14522599 | + | TSI, 2 SUN COURT NW, SUITE 215, PEACHTREE CORNERS, GA 30092-2865 |
| 14499223 | | Target, c/o Financial & Retail Srvs Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 14499224 | | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 15 2021 23:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 15 2021 23:21:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14499208 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 15 2021 23:21:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915-3026 |
| 14499206 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 15 2021 23:31:48 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14499207 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 15 2021 23:31:46 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14499209 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 15 2021 23:31:50 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14499210 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 15 2021 23:31:48 | Credit One Bank NA, PO Box 98872, Las Vegas, |

Case 20-12179-pmm   Doc 59   Filed 07/17/21   Entered 07/18/21 00:33:36   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 15, 2021 | Form ID: pdf900 | Total Noticed: 39 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | NV 89193-8872 |
| 14499211 | | Email/PDF: pa_dc_ed@navient.com | Jul 15 2021 23:31:50 | Dept of Ed/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14499213 | | Email/Text: ktramble@lendmarkfinancial.com | Jul 15 2021 23:21:00 | Lendmark Financial Ser, 2118 Usher St NW, Covington, GA 30014-2434 |
| 14518343 | | Email/Text: ktramble@lendmarkfinancial.com | Jul 15 2021 23:21:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 14499215 | + | Email/PDF: pa_dc_claims@navient.com | Jul 15 2021 23:31:46 | Naviet, Attn: Claims Dept, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 14499216 | | Email/Text: bnc@nordstrom.com | Jul 15 2021 23:21:46 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 14499217 | | Email/Text: bnc@nordstrom.com | Jul 15 2021 23:21:48 | Nordstrom/Td Bank USA, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 14499218 | | Email/PDF: cbp@onemainfinancial.com | Jul 15 2021 23:31:46 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 14499219 | | Email/PDF: cbp@onemainfinancial.com | Jul 15 2021 23:31:46 | Onemain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 14518632 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 15 2021 23:31:48 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14517426 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2021 23:31:48 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14499220 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 15 2021 23:31:50 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 15, 2021 | Form ID: pdf900 | Total Noticed: 39 |

JOHN EVERETT COOK
    on behalf of Debtor Danielle Rose Umbehauer bankruptcy@everettcooklaw.com G29494@notify.cincompass.com

REBECCA ANN SOLARZ
    on behalf of Creditor RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　Danielle Rose Umbehauer<br><br>　　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 20-12179-PMM |

ORDER DISMISSING CHAPTER 13 CASE

　　AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

　　IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: July 15, 2021**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE